# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD LEE WANGERIN & SARA ANN WANGERIN    Case Number: 07-71486
304 1/2 SYCAMORE ROAD    SSN-xxx-xx-5026 & xxx-xx-2664
DEKALB, IL  60115

Case filed on: 6/21/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $6,976.12    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 2,700.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,700.00 | 0.00 |
| 008 | BLITT AND GAINES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CLERK OF 16TH DISTRICT CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | H & R ACCOUNTS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ICS/ILLINOIS COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD LEE WANGERIN | 0.00 | 0.00 | 815.69 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 815.69 | 0.00 |
| 001 | REGIONAL ACCEPTANCE CORPORATION | 17,212.04 | 16,786.00 | 1,379.72 | 860.28 |
| 002 | SEARS | 1,973.00 | 1,973.00 | 738.64 | 81.36 |
| 031 | ANTHONY LORENZO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,185.04 | 18,759.00 | 2,118.36 | 941.64 |
| 001 | REGIONAL ACCEPTANCE CORPORATION | 0.00 | 85.21 | 0.00 | 0.00 |
| 003 | AMERICAN GENERAL FINANCE | 5,112.02 | 1,022.40 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 849.91 | 169.98 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 256.65 | 51.33 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 3,813.58 | 762.72 | 0.00 | 0.00 |
| 010 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITIFINANCIAL | 2,235.55 | 447.11 | 0.00 | 0.00 |
| 012 | CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DEKALB CLINIC CHARTERED | 82.34 | 16.47 | 0.00 | 0.00 |
| 015 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DR. GEORGE GONNELLA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 207.60 | 41.52 | 0.00 | 0.00 |
| 018 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GINNY'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GOLF SURGICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HYUNDAI MOTOR FINANCE COMPANY | 1,352.07 | 270.41 | 0.00 | 0.00 |
| 023 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PROVIDIAN FIN/WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PROVIDIAN FIN./WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | QUEST DIAGNOSTICS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THE MIDWEST CENTER FOR SIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | UNIVERSAL DATA SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,909.72 | 2,867.15 | 0.00 | 0.00 |
|  | Grand Total: | 36,594.76 | 25,126.15 | 5,634.05 | 941.64 |

Total Paid Claimant:    $6,575.69
Trustee Allowance:    $400.43    Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan